IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00185-MSK-KLM

JOSEPH R. CARPIO,

    Plaintiff,

v.

STONE & WEBSTER CONSTRUCTION, INC., a Louisiana corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Unopposed Motion for Leave to Appear at Scheduling Conference via Telephone** [Docket No. 12; Filed April 20, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Counsel for Defendant, Attorney Austin E. Smith, may appear by telephone at the Scheduling Conference on May 16, 2012.  Mr. Smith shall call Chambers at (303) 335-2770 at the designated time.

    Dated:  May 3, 2012