**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 12-cv-00185-RM-KLM

JOSEPH R. CARPIO,

    Plaintiff,

v.

STONE & WEBSTER CONSTRUCTION, INC., a Louisiana corporation,

    Defendant.

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, pursuant to Fed. R. Civ. P. 41(a), the parties have jointly stipulated to the dismissal of this action with prejudice (ECF No. 49), each party to bear his or its own costs.

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear his or its own costs.

DATED this 30th day of November, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge